UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:24-cv-80027-MIDDLEBROOKS

DAVID D. GARRIDO,
And other similarly situated individuals,

    Plaintiff (s),

v.

PRO SERVICES GROUP, LLC,
a/k/a POOL PRO, and
ADAM EDISON, *individually*,

    Defendants.
_____/

## FINAL JUDGMENT

THIS MATTER is before the Court based on my Order granting in part Plaintiff's Motion for Default Final Judgment. (DE 29).

Accordingly, it is **ORDERED AND ADJUGDED** that:

1) Final Judgment is entered in favor of Plaintiff and against Defendants Pro Services Group, LLC, and Adam Edison.

2) Plaintiff is entitled to **$3,600.00** in attorneys' fees from Defendants.

3) Plaintiff is entitled to **$120.00** in costs.

4) Plaintiff is entitled to **$6,313.98** in unpaid overtime and minimum wage fees.

**SIGNED** in Chambers, in West Palm Beach, Florida on August 21, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record